UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENNIE MCCALL, JR.,<br><br>    Plaintiff<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Civil Action No.<br>08-CV-1628 (Lynch, J.)<br><br>**NOTICE OF DISMISSAL** |



NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Bennie McCall, Jr., by his attorneys White & Case LLP, voluntarily dismisses all claims against Defendant Michael J. Astrue, Commissioner of Social Security, in this action.

Dated: April 15, 2008
       New York, New York

**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, New York 10036
Phone: (212) 819-8200
Facsimile: (212) 354-8113

By: _____
James S. Trainor, Jr.
Amit H. Thakore

Attorneys for Plaintiff

## APPROVAL OF VOLUNTARY DISMISSAL

The Court hereby approves the voluntary dismissal of all claims of the above-captioned action by Plaintiff Bennie McCall, Jr. as to Defendant Michael J. Astrue, Commissioner of Social Security, pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: _April 18_, 2008

_____
The Honorable Gerard E. Lynch
United States District Judge